JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGACIANO SANGERMAN, | ) | CASE NO. CV 10-8722 DSF (Ex) |
|     Plaintiff, | ) | |
|     v. | ) | JUDGMENT |
| BC BANCORP, et al., | ) | |
|     Defendants. | ) | |
| _____ | ) | |

    The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute and Failure to Comply with Court Orders, and plaintiff not having timely responded or appeared at the hearing,

    IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED:    April 12, 2011

_____
DALE S. FISCHER
United States District Judge